NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

EDELSBERG LAW, P.A.
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

ATTORNEY(S) FOR: PLAINTIFF, ADINA RINGLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CABRERA, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>HAPPY HEAD, INC.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-6194<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  PLAINTIFF, LUIS CABRERA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LUIS CABRERA | PLAINTIFF |
| HAPPY HEAD, INC. | DEFENDANT |

08/1/2023                                                    Scott Edelsberg
Date                                                                Signature

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF, LUIS CABRERA